IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CR-00210-DGK-01 |
| ANDRE L. FANNIEL, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On October 7, 2022, the Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation, ECF No. 38, recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This was the sole charge contained within the Indictment. ECF No. 12.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of being a felon in possession of a firearm. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: November 17, 2022  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT